UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
MICHAEL L. BANKS            )
                            )
                            )
            Plaintiff,      )
                            )
     v.                     )       CV F 05-1252 OWW DLB
                            )
VERA COOTS                  )       ORDER DISMISSING ACTION
JAMES G. ORTIZE             )       FOR LACK OF PROSECUTION
CARY BLUE STEWART           )
            Defendant.      )
                            )
                            )
_____)
```

  It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

   IT IS HEREBY ORDERED that this action is dismissed without prejudice.


Dated: September 28, 2006            /s/ OLIVER W. WANGER
                                     _____
                                           OLIVER W. WANGER
                                     UNITED STATES DISTRICT JUDGE

1